Ahren A. Tiller (SBN: 250608)
Anika Renaud-Kim (SBN: 272850)
**BANKRUPTCY LAW CENTER**
1230 Columbia St., Ste 1100
San Diego, CA 92101
Phone (619) 894-8831
Fax (866) 444-7026

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| In Re Jennifer E. Arroyo | Bankruptcy No:14-01271-LA13 |
| Debtors | Hearing Date: September 10, 2014 |
| | Hearing Time: 2:00 p.m. |
| | Dept: 2 |

## STATEMENT OF CASE STATUS

Parties have met and conferred regarding the objection to confirmation. Parties have agreed to have the vehicle inspected by an appraiser in order to establish the value. Debtor's counsel has provided contact information to the Movant's attorney so an appraiser can contact Debtor directly to conduct a physical inspection of the vehicle to establish the value.

Debtor counsel and will forward proof of insurance to Movant's counsel as soon as it is received from Debtor. Based on Debtor's representation to counsel, it should be received by the end of the week.

At the last 341 hearing, Debtor executed a voluntary wage withholding order to have trustee payments take directly out of her pay. The payments that were missed were for April and May, however the last three plan payments for June, July and August have been made.

Dated: 9/3/2014

/s/ Anika Renaud-Kim

Anika Renaud-Kim, Esq.
Attorney for Debtors